IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CT-3054-BO

| | |
|---|---|
| JESSE LEE KARRICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MR. WASHINGTON, et al., )<br>)<br>Defendants. ) | **ORDER** |

On February 3, 2017, Judge Numbers issued a Memorandum and Recommendation ("M&R") [D.E. 59]. In the M&R, Judge Numbers recommended that the court deny Plaintiff's Motion for Summary Judgment [D.E. 44] and grant the Defendants' Motion for Summary Judgment [49]. No objections to the M&R have been filed.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond. 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R, the record, and the pleadings. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 59].

The clerk shall close the case.

SO ORDERED. This 27 day of February 2017.

                                                              _Terrence W. Boyle_
                                                              TERRENCE W. BOYLE
                                                              United States District Judge